**Sherman ODOM, Appellant,**

v.

**STATE BOARD OF PHARMACY, Respondent.**

**No. WD 48531.**

Missouri Court of Appeals, Western District.

April 19, 1994.

P. Terence Crebs, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Donna Ann Coleman, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., C.J., and KENNEDY and HANNA, JJ.

### ORDER

PER CURIAM.

Appellant appeals from the decisions of the Administrative Hearing Commission and State Board of Pharmacy revoking his license to practice pharmacy.

Judgment affirmed. Rule 84.26(b).

■

**Lee Anthony HAMMLER, Appellant,**

v.

**Petina Rae HAMMLER, Respondent.**

**No. WD 47866.**

Missouri Court of Appeals, Western District.

April 26, 1994.

James Patrick Moroney, Kansas City, for appellant.

Steven Douglas Wolcott, Liberty, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM:

Appellant appeals that portion of the dissolution decree that ordered him to pay $596 for child support.

Judgment affirmed. Rule 84.16(b).